```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Yensy Contreras, individually and on behalf of all others similarly situated,**

                                        **Plaintiff,**

                **-against-**

**Internet Shopping Outlet, LLC,**

                                        **Defendant.**

**1:21-cv-09655 (PAE) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to me for general pretrial management. (ECF No. 5.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Monday, February 28, 2022 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:        New York, New York
              February 15, 2022

_____
STEWART D. AARON
United States Magistrate Judge