USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yensy Contreras, individually and on behalf of all others similarly situated,<br><br>                                                 **Plaintiff,**<br><br>-against-<br><br>Internet Shopping Outlet, LLC,<br><br>                                                 **Defendant.** | 1:21-cv-09655 (PAE) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

       Following a telephone conference, for which only Plaintiff appeared, it is hereby Ordered that, no later than March 14, 2022, Plaintiff shall seek a Clerk's Certificate of Default.

**SO ORDERED.**

DATED:       New York, New York
                     February 28, 2022

_____
STEWART D. AARON
United States Magistrate Judge