```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yensy Contreras, individually and on behalf of all others similarly situated,

                           Plaintiff,

-against-

Internet Shopping Outlet, LLC,

                           Defendant.

1:21-cv-09655 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than April 18, 2022, Plaintiff shall file his anticipated motion for default judgment in accordance with District Judge Engelmayer's Individual Rules and Practices.

**SO ORDERED.**

DATED:    New York, New York
               March 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge