UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS,

                              Plaintiff,

                -v-

INTERNET SHOPPING OUTLET, LLC,

                              Defendant.

21 Civ. 9655 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 22, 2021, plaintiff filed the complaint in this case. Dkt. 1. On January 14,

2022, plaintiff served defendant with process, making defendant's deadline to answer or

otherwise respond February 4, 2022. *See* Dkt. 6. Defendant has not responded to the complaint

or otherwise appeared in this action, and plaintiff has obtained a Clerk's Certificate of Default.

Dkt. 12. On March 21, 2022, plaintiff filed a motion for default judgment, along with a

declaration in support and exhibits attached. Dkts. 14–17.

Plaintiff's papers in support of its motion are in good order. In light of the current public

health situation, the Court will resolve the default judgment motion on the papers. If the

defendant wishes to oppose the motion, its counsel shall enter a notice of appearance prior to

April 25, 2022, and file an opposition on ECF, explaining why a default judgment is not

warranted, by April 5, 2022 at 5 p.m. Plaintiff shall serve this Order upon defendant and file an

affidavit reflecting such service on ECF by April 15, 2022.

1

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: April 5, 2022
        New York, New York